No. 94–1323.  BRYAN ET AL. *v.* JAMES E. HOLMES REGIONAL MEDICAL CENTER, AKA HOLMES REGIONAL MEDICAL CENTER, INC.  C. A. 11th Cir.  Certiorari denied.

No. 94–1358.  LINTON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–1362.  ESTATE OF RAVETTI *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 94–1369.  FERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–1382.  JACOB *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 94–1434.  CAMOSCIO *v.* POKASKI ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 94–6675.  SANCHEZ-MONTOYA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6707.  M. R. ET AL. *v.* COX ET AL.  Ct. App. Okla.  Certiorari denied.

No. 94–6933.  AGUILAR-HIGUERRA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6940.  FOSTER *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 94–7025.  SHORES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–7099.  BEAUCHAMP *v.* MURPHY, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER.  C. A. 1st Cir.  Certiorari denied.

No. 94–7111.  AYALA *v.* UNITED STATES; CASTREJON-ORTIZ *v.* UNITED STATES; HERNANDEZ-RENTERIA *v.* UNITED STATES; MORENO-ARGUETA *v.* UNITED STATES; CORTES-CEBRERA *v.* UNITED STATES; CASTRO-SANCHEZ *v.* UNITED STATES; ALVARADO-MALDONADO *v.* UNITED STATES; RUIZ-ALVAREZ *v.* UNITED STATES; LEDESMA-CASTILLO *v.* UNITED STATES; MO-

RALES *v.* UNITED STATES; PRIETO-ARAUZA *v.* UNITED STATES; CERVANTES-PARRA *v.* UNITED STATES; LINARES *v.* UNITED STATES; RODRIGUEZ-ESQUIVEL *v.* UNITED STATES; ALBA-ESQUEDA *v.* UNITED STATES; and LOPEZ-DELAROSA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7313. ANDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7315. CASEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7324. INGLE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–7329. GARNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–7342. MOUNTS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7357. STALEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7359. PHILLIPS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–7388. HARPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7394. HICKS *v.* THOMAS, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 94–7403. BREWER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7434. ULLYSES-SALAZAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7436. MCCRIGHT *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.